**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO ROBERTSON,

        Plaintiff,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

        Defendants.

_____/

No. C 11-03896 SI

**ORDER DISMISSING CASE**

      On September 6, 2011, defendant Chex Systems, Inc. filed a motion to dismiss plaintiff's pro se complaint. The motion was scheduled for a hearing on November 18, 2011. Pursuant to Civil Local Rule 7-3(a), plaintiff's opposition was due by September 20, 2011. Plaintiff did not file an opposition, nor did he communicate in any way with the Court concerning these matters. In addition, defendant Experian Information Solutions, Inc. filed a motion for judgment on the pleadings, which was set for hearing on December 2, 2011. Plaintiff's opposition to that motion was due on November 3, 2011. There, too, plaintiff neither filed an opposition nor contacted the Court in any way.

      In response, the Court ordered plaintiff to show cause why his case should not be dismissed without prejudice for failure to prosecute. *See* Doc. 12. Plaintiff was given until November 18, 2011 to respond. As of November 30, 2011, the Court has received no communication from plaintiff. Therefore, the Court DISMISSES WITHOUT PREJUDICE plaintiff's complaint. Fed. R. Civ. Pro. 41(b).

      **IT IS SO ORDERED.**

Dated: November 30, 2011

_____
SUSAN ILLSTON
United States District Judge