IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO ROBERTSON,   No. C 11-03896 SI

    Plaintiff,   **JUDGMENT**

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.
        /

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 30, 2011

                                        SUSAN ILLSTON
                                        United States District Judge